No. 61246.—Shapira Brothers v. United States, protest 292604-K (Louisville).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 10, 1957

No. 61247.—Friedman Mirror & Glass Co. et al. v. United States, protests 293013-K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass strips, specially designed and manufactured for use as a frame around mirrors, the same in all material respects as those the subject of *Friedman Mirror & Glass Co., Inc.* v. *United States* (34 Cust. Ct. 236, C. D. 1710), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 10, 1957

No. 61248.—Keuffel & Esser Co. v. United States, protests 281531-K, 293016-K, and 305408-K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.